AUG − 3 2010

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11 CENTURY 21 REAL ESTATE
CORPORATION, a Delaware
12 corporation,

                Plaintiff,

13

14     v.

15 MAXIMUM REALTY, L.L.C., a
Nevada limited liability company; and
16 TOM BRUTTOMESSO and JANE
DOE BRUTTOMESSO; SCOTT
17 BARTLETT and JUSTINE
BARTLETT,

18                Defendants.

19 And Related Claims.

No. CV-2-04-0564-JCM-LRL

JUDGMENT

20

21     Pursuant to the parties' stipulation,

22     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

23     A.    Plaintiff Century 21 Real Estate Corporation is granted judgment on its

24 complaint and awarded damages in the amount of One Hundred Sixty Thousand Dollars

25 ($160,000.00) against Tom Bruttomesso. Pre-judgment interest to accrue on all unpaid

26 sums from the date of the parties' stipulation until the date this judgment is entered.

1        B.    Post-judgment interest to accrue on all unpaid sums from the date this

2   judgment is entered until paid in full as provided in 28 U.S.C. § 1961.

3        C.    Pursuant to Rule 54, Federal Rules of Civil Procedure, the Court finds that

4   there is not just reason to delay the entry of this judgment as a final judgment.

5   Accordingly, this judgment is entered immediately as a final judgment.

6        Dated this _3RD_ day of _August_, _2010_.

7

8   _____

    Judge of the United States District Court

9   PHX/1765835.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-